**Order entered February 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00817-CV

**DAYDRICK NORRIS, Appellant**

**V.**

**TRANS AM SFE II LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02790-D**

## ORDER

Before the Court is appellant's February 22, 2019 second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 27, 2019. We caution appellant that further extension requests will be disfavored.

/s/     KEN MOLBERG
            JUSTICE